S. M. BRAUNSTEIN, INC., complainant,

*v.*

GUARANTEE TRUST COMPANY et al., defendants; ANNA LOWENBURG et al., appellants.

[Argued February 7th, 1941. Decided May 1st, 1941.]

*Messrs. Bilder, Bilder & Kaufman, Messrs. Cole & Cole* and *Messrs. Platoff & Platoff,* for the appellants.

*Messrs. Thompson & Lloyd, Mr. George A. Bourgeois* and *Mr. Nathaniel S. Hyman,* for the respondents.

PER CURIAM.

The order under review will be affirmed, for the reasons expressed in the opinion of Vice-Chancellor Sooy.

*For affirmance*—PARKER, BODINE, DONGES, PORTER, COLIE, DEAR, WELLS, HAGUE, JJ. 8.

*For reversal*—CASE, HEHER, WOLFSKEIL, RAFFERTY, THOMPSON, JJ. 5.